# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

December 30, 2019

**BY ECF**

The Honorable Paul A. Crotty
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: **United States v. John Garcia**
19 Cr. 593 (PAC)

Dear Judge Crotty:

I write with the consent of the Government to adjourn the pretrial conference for this case currently scheduled for January 7, 2020 at 11 AM for 4 weeks until the first week of February. The Government and defense are far along in their plea discussions and believe that by early February, we will have an agreement. The defense waives speedy trial act time in order to negotiate with the Government.

I thank the Court for its consideration of this request.

*[Handwritten annotation: 1/2/2020 — The matter is adjourned. The parties are directed to file a status report by 2/7/2020. Time is excluded. So ordered. Paul A. Crotty USDJ]*

Respectfully submitted,

/s/
Ian Marcus Amelkin
Assistant Federal Defender
52 Duane Street, 10th Floor
New York, NY 10007
(212) 417-8733

cc: AUSA Benjamin Schrier, Esq.

*[Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: ___ DATE FILED: 1-2-2020]*