UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------X
                                   :
UNITED STATES OF AMERICA
                                   :    19-CR-593-01(PAC)

    -against-                      :    ORDER
                                   :
John Garcia
                                   :
        Defendant
                                   :
----------------------------------X

PAUL A. CROTTY, United States District Judge:

IT IS HEREBY ORDERED that the defendant, John Garcia, participate and successfully complete at least six (6) months of residential substance abuse treatment services at Samaritan Daytop Village, located at 88-83 Van Wyck Boulevard, Jamaica, New York, beginning on February 15, 2023.

IT IS FURTHER ORDERED that the U.S. Marshals Service shall produce John Garcia (USM #87092-054) at 500 Pearl Street, New York, NY 10007 on February 15, 2023 and release him into the custody of the United States Probation Office for the purposes of transport to Samaritan Daytop Village.

    SO ORDERED:

Dated: New York, New York
       2  10, 2022

Paul A. Crotty
United States District Judge