UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
                                     :
UNITED STATES OF AMERICA             :
                                     :    19-CR-593-01(PAC)
       -against-                     :    ORDER
                                     :
John Garcia                          :
                                     :
            Defendant                :
                                     :
------------------------------------X

PAUL A. CROTTY, United States District Judge:

IT IS HEREBY ORDERED that the defendant, John Garcia, participate and successfully complete at least six (6) months of residential substance abuse treatment at the direction of the United States Probation Office.

SO ORDERED:

Dated: New York, New York
       3/16, 2023

_____
Paul A. Crotty
United States District Judge