UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

— v. —

JOHN GARCIA,

           Defendant.

**Unsealing Order**

19 Cr. 593 (PAC)

Upon the application of the United States, by the United States Attorney for the Southern District of New York, Damian Williams, by Assistant United States Attorney Jeffrey W. Coyle;

It is found that the Government's letter filed under seal and *ex parte* with the Court on March 22, 2023, and its accompanying exhibits, in the above-captioned case are currently sealed, and the United States Attorney's Office has applied to have that letter and its accompanying exhibits unsealed, and it is therefore:

ORDERED that the Government's letter filed under seal and *ex parte* with the Court on March 22, 2023, and its accompanying exhibits, be unsealed and remain unsealed pending further order of the Court.

Dated:    New York, New York
             March 24, 2023

_____
HONORABLE PAUL A. CROTTY
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK