

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

March 31, 2023

**BY EMAIL and ECF**
The Honorable Paul A. Crotty
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

> 4/5/2023
> The motion schedule is
> adopted/so ordered
> /s/ Crotty
> JS?

Re:   *United States v. John Garcia*, 19 Cr. 593 (PAC)

Dear Judge Crotty:

      The Government writes respectfully to provide an update in accordance with the Court's instructions at the status conference held on March 29, 2023 (the "Status Conference"). The Bureau of Prisons ("BOP") has now provided the Government with its calculation of the time remaining on the defendant's original sentence in this case. The BOP's calculation is attached hereto as Exhibit A, and provides a projected release date of March 5, 2025, and an expiration date of the full term of the defendant's sentence of October 7, 2025.

      At the Status Conference, counsel for the defendant indicated that the defendant intends to file certain motions. The parties respectfully request that the defendant's motions be due on April 17, 2023, with the Government's responses due on May 1, 2023, and the defendant's replies due on May 8, 2023.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By: _____
Jeffrey W. Coyle
Assistant United States Attorney
(212) 637-2437