UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------X

UNITED STATES OF AMERICA           :

    -against-                              :

JOHN GARCIA,                              :

    Defendant.                           :
-------------------------------------------------X

ORDER

19 Cr 593 (PAC)

Upon the application of the defendant John Garcia, Bureau of Prison Register Number 87092-054, by his attorney Ian Marcus Amelkin, of the Federal Defenders of New York, it is hereby ORDERED, that the Court formally recommends to the Attorney General that Mr. Garcia's custody be retained at the Metropolitan Detention Center in Brooklyn, pending this Court's decision on his motion for a reduced sentence.

DATED:   New York, NY
              April 27, 2023

*Paul A. Crotty*

The Honorable Paul A. Crotty
United States District Judge