# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

May 8, 2023

**BY ECF**

The Honorable Paul A. Crotty
Southern District of New York
500 Pearl Street
New York, NY 10007

> Defendant's request is GRANTED. The reply shall be filed by the end of the day on Wednesday, May 10, 2023.
>
> Date: May 8, 2023    SO ORDERED
>
> /s/ Paul A. Crotty
> U.S. District Judge

Re: **United States v. John Garcia**
     **19 Cr. 593 (PAC)**

Dear Judge Crotty:

I write with the consent of the Government to request the Court allow the defense to file its reply to the Government's opposition to Mr. Garcia's request for a reduced sentence on Wednesday, May 10, 2023 rather than today.

I thank the Court for its consideration of this request.

Respectfully submitted,

/s/ Ian Marcus Amelkin

Ian Marcus Amelkin
Assistant Federal Defender
52 Duane Street, 10th Floor
New York, NY 10007
(212) 417-8733

cc:   AUSA Joseph Coyle, Esq.