UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
UNITED STATES OF AMERICA

    -against

JOHN GARCIA,

                    Defendant.
------------------------------------------------------------------x

**ORDER**
19 CR 593 (KMW)

KIMBA M. WOOD, District Judge:

A conference on the violation of supervised release will be held on Wednesday, September 24, 2025 at 11:00 a.m.

SO ORDERED.

Dated: New York, New York
       August 7, 2025

                                        KIMBA M. WOOD
                              UNITED STATES DISTRICT JUDGE