UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
UNITED STATES OF AMERICA

        -against                                                     **ORDER**
                                                             19 CR 593 (KMW)

JOHN GARCIA,

                                  Defendant.
-----------------------------------------------------------------x
KIMBA M. WOOD, District Judge:

The conference on the violation of supervised release, currently scheduled for Wednesday, September 24, 2025, at 11:00 a.m. is rescheduled for 12:30 p.m.

SO ORDERED.

Dated: New York, New York
       August 12, 2025

                                                      _____
                                                         KIMBA M. WOOD
                                                  UNITED STATES DISTRICT JUDGE