UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

                          Plaintiff(s),

          -against-

John Garcia

                         Defendant(s).

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/11/2025

19-CR-00593 (MMG)

**ORDER**

MARGARET M. GARNETT, United States District Judge:

The arraignment on the violation of supervised release in this matter is scheduled for **September 17, 2025, at 10:30 a.m.** in Courtroom 906 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, NY 10007. The conference currently scheduled before Judge Kimba Wood for September 24, 2025, is hereby cancelled.

Dated: September 11, 2025
        New York, New York

SO ORDERED.

MARGARET M. GARNETT
United States District Judge