UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

                    Plaintiff(s),

    -against-

John Garcia

                    Defendant(s).

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/16/2025

19-CR-00593 (MMG)
25-CR-00375 (MMG)

**ORDER**

MARGARET M. GARNETT, United States District Judge:

WHEREAS a request has been made by the defense to conduct the arraignment in this matter remotely due to the defendant's medical condition that precludes him from being transported by the Marshals.

It is HEREBY ORDERED that the Warden or other official in charge of the Metropolitan Detention Center ("MDC") produce defendant John Garcia, USM number 87092-054, on **Wednesday, September 17, 2025, at 10:30 a.m.,** to a suitable location within the MDC that is equipped with a computer, laptop, or an electronic device with video and audio capability to facilitate a Teams conference for the purpose of participating in the virtual arraignment.

Dated: September 16, 2025
       New York, New York

                                    SO ORDERED.

                                    MARGARET M. GARNETT
                                    United States District Judge